*E-Filed 1/5/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JESUS URIBE, and LORENA URIBE

      Plaintiff,

v.

PAT SWEETEN, et al.,

      Defendants.

No. C 11-05022 RS

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 1/5/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER