UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS URIBE and LORENA URIBE,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAT S. SWEETEN, et al.,<br><br>    Defendants. | Case No.: 4:11-cv-05022-YGR<br><br>**ORDER REGARDING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

On November 18, 2011, Defendant JP Morgan Chase Bank, N.A., filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. No. 10. The hearing on this motion was originally set for January 12, 2012, but was re-noticed for hearing on February 27, 2012. Dkt. No. 25. Plaintiffs' opposition was due on December 2, 2011. Civ. L.R. 7-3(a).

On November 30, 2011, Defendants Pat Sweeten and Barbara Young filed a Motion to Dismiss Complaint of Plaintiffs Jesus and Lorena Uribe. Dkt. No. 14. The hearing on this motion was originally set for January 12, 2012, but was re-noticed for hearing on February 13, 2012. Dkt. No. 23. Plaintiffs' opposition was due on December 14, 2011. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to respond to either motion to dismiss. Defendants have filed replies and notices of non-opposition for both motions. Dkt. Nos. 15 & 20. Pursuant to the Court's Reassignment Order (Dkt. No. 26), all hearing dates have been vacated and must be re-noticed by the moving parties for a Tuesday subsequent to the previously noticed dates, namely February 27 & 13, 2012. The Court requests that Defendants' counsel confer regarding a hearing date, such that both motions will be noticed for the same hearing date, no earlier than February 28, 2012.

Plaintiffs shall file their oppositions to both motions to dismiss by February 3, 2012.  <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u>  If Plaintiffs submit their oppositions by this date, Defendants shall reply by February 10, 2012.

**IT IS SO ORDERED.**

Dated: January 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**