United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS URIBE and LORENA URIBE,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAT S. SWEETEN, et al.,<br><br>    Defendants. | Case No.: 4:11-cv-05022-YGR<br><br>**ORDER DISMISSING CASE** |

In light of Plaintiffs' notice of voluntary dismissal dated February 8, 2012 (dkt. no. 31), and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby DISMISED without prejudice.

**IT IS SO ORDERED.**

Dated: February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**